JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 22-1532 JGB (SPx) | Date | August 8, 2023 |
|---|---|---|---|
| Title | *Kalpesh Solanki et al v. Travelodge Hotels, Inc. et al* | | |

| Present: The Honorable | JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE |
|---|---|

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** Order Dismissing for Failure to Prosecute (IN CHAMBERS)

On December 5, 2022, the Court issued an Order to Show Cause why this case should not be dismissed for failure to prosecute. There being no response on file, the Court dismisses the case without prejudice.

**IT IS SO ORDERED.**